IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JACOB COBBS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:22-CV-0807-K |
| | § | |
| BAKER HUGHES, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff Jacob Cobbs ("Plaintiff") filed his case in this Court against Defendant Baker Hughes ("Defendant") on the basis of federal question jurisdiction and supplemental jurisdiction. In his Complaint (Doc. No. 1), Plaintiff asserts federal and state law claims arising from his employment with Defendant—violations of Title VII of the Civil Rights Act of 1964, sexual assault, sexual harassment, hostile work environment, harassment, and retaliation. Compl. at 1. In his Complaint, Plaintiff alleges Defendant's principal place of business is in Houston, Texas, but he worked at Defendant's office in Midland, Texas. Plaintiff also alleges that he is a resident and citizen of Texas and lives in Arkansas. *Id.* at 1, ¶1.01; 5, ¶3.16. Plaintiff alleges that venue is proper in the Northern District of Texas "because a substantial part of the events alleged in this Complaint took place within this District." *Id.* at 2, ¶2.02. Plaintiff then alleges that he filed his charge with the EEOC in its Dallas District office.

1

*Id.* In a phone call with the Court, Plaintiff's counsel confirmed that the connection to the Northern District of Texas, Dallas Division, is the EEOC charge filed in the Dallas office. Counsel confirmed Plaintiff worked for Defendant in Midland, Texas. Midland is in Midland County, which is in the Western District of Texas, Midland-Odessa Division. 28 U.S.C. § 124(d)(7).

A substantial part of the events or omissions giving rise to Plaintiff's claims occurred in Midland, Texas rather than in the Dallas Division of the Northern District of Texas, and the Court finds that the case has a more substantial connection to the Western District of Texas. Accordingly, on the Court's own motion, this case is **TRANSFERRED** to the United States District Court for the Western District of Texas, Midland-Odessa Division. 28 U.S.C. § 1404(a); *see also* § 123(c)(3).

**SO ORDERED.**

Signed April 19th, 2022.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE