# U.S. District Court
# Northern District of Texas (Dallas)
# CIVIL DOCKET FOR CASE #: 3:22−cv−00807−K

| | |
|---|---|
| Cobbs v. Baker Hughes | Date Filed: 04/11/2022 |
| Assigned to: Judge Ed Kinkeade | Jury Demand: Plaintiff |
| Cause: 42:2000e Job Discrimination (Employment) | Nature of Suit: 442 Civil Rights: Employment |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Jacob Cobbs**        represented by    **W D Masterson, III**
Kilgore & Kilgore PLLC
3109 Carlisle
Suite 200
Dallas, TX 75204
214−969−9099
Fax: 214−953−0133
Email: wdm@kilgorelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

V.

**Defendant**

**Baker Hughes**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2022 | 1 | COMPLAINT WITH JURY DEMAND against Baker Hughes filed by Jacob Cobbs. (Filing fee $402; Receipt number 0539−12739575) Clerk to issue summons(es). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information − Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # 1 Exhibit(s) A, # 2 Cover Sheet) (Masterson, W) (Entered: 04/11/2022) |
| 04/11/2022 | 2 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Jacob Cobbs. (Clerk QC note: No affiliate entered in ECF). (Masterson, W) (Entered: 04/11/2022) |
| 04/11/2022 | 3 | New Case Notes: A filing fee has been paid. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Horan). Clerk to provide copy to plaintiff if not received electronically. (ndt) (Entered: 04/11/2022) |
| 04/11/2022 | 4 | Summons Issued as to Baker Hughes. (ndt) (Entered: 04/11/2022) |
| 04/18/2022 | 5 | SUMMONS Returned Executed as to Baker Hughes; served on 4/12/2022. (jmg) (Entered: 04/18/2022) |

| | | |
|---|---|---|
| 04/19/2022 | 6 | Order Transferring to Another District: Case transferred to Midland–Odessa Division of Western District of Texas. (Ordered by Judge Ed Kinkeade on 4/19/2022) (chmb) (Entered: 04/19/2022) |